# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT
12/9/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: RYO DEPUTY

Case Number 8:25-cr-00250-JVS

Defendant Number 1

U.S.A. v. Tu Anh Tran

Year of Birth 1977

☑ Indictment ☐ Information

Investigative agency (FBI, DEA, etc.) HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense

☐ Class B Misdemeanor ☐ Class C Misdemeanor ☑ Felony

b. Date of Offense 11/7 and 11/13

c. County in which first offense occurred

Orange County

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☐ Los Angeles ☐ Ventura

☑ Orange ☐ Santa Barbara

☐ Riverside ☐ San Luis Obispo

☐ San Bernardino ☐ Other ________

Citation of Offense 18 U.S.C. 659

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☐ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino) ☑ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No ☐ Yes

If "Yes," Case Number: ________

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): ________

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: ________

Case Number: ________

Assigned Judge: ________

Charging: ________

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: ________

**PREVIOUS COUNSEL**

Was defendant previously represented? ☑ No ☐ Yes

IF YES, provide Name: ________

Phone Number: ________

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?

☐ Yes* ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes* ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?** ☐ Yes ☐ No

This is the ________ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

________

Case Number ________

The superseded case:

☐ is still pending before Judge/Magistrate Judge

________

☐ was previously dismissed on ________

Are there 8 or more defendants in the superseding case?

☐ Yes* ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes* ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

### INTERPRETER

Is an interpreter required? [x] YES [ ] NO

IF YES, list language and/or dialect: Vietnamese

### OTHER

[x] Male [ ] Female

[x] U.S. Citizen [ ] Alien

Alias Name(s) ______

This defendant is charged in:

- [x] All counts
- [ ] Only counts: ______

[ ] This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? [ ] Yes [x] No

IF YES, should matter be sealed? [ ] Yes [x] No

The area(s) of substantive law that will be involved in this case include(s):

- [ ] financial institution fraud
- [ ] public corruption
- [ ] government fraud
- [ ] tax offenses
- [ ] environmental issues
- [ ] mail/wire fraud
- [ ] narcotics offenses
- [ ] immigration offenses
- [ ] violent crimes/firearms
- [ ] corporate fraud
- [x] Other theft/property crimes

### CUSTODY STATUS

Defendant is **not in custody**:

a. Date and time of arrest on complaint: ______

b. Posted bond at complaint level on: ______

in the amount of $ ______

c. PSA supervision? [ ] Yes [ ] No

d. Is on bail or release from another district: ______

Defendant is **in custody**:

a. Place of incarceration: [ ] State [ ] Federal

b. Name of Institution: ______

c. If Federal, U.S. Marshals Service Registration Number: ______

d. [ ] Solely on this charge. Date and time of arrest: ______

e. On another conviction: [ ] Yes [ ] No

IF YES : [ ] State [ ] Federal [ ] Writ of Issue

f. Awaiting trial on other charges: [ ] Yes [ ] No

IF YES : [ ] State [ ] Federal AND

Name of Court: ______

Date transferred to federal custody: ______

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ______20 ______21 ______40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: ______

Date 12/08/2025

Signature of Assistant U.S. Attorney

Rahul R.A. Hari

Print Name