TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

JULIAN J. XU (Cal. Bar No. 341375)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0546
E-mail: Julian.Xu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TU ANH TRAN ET AL.,

Defendants.

No. CR 8:25-cr-00250-JVS

NOTICE OF APPEARANCE

Plaintiff, United States of America, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | **Name** | **E-mail Address** |
|---|---|---|
| **PREVIOUSLY Assigned AUSA** | Rahul R.A. Hari | Rahul.Hari@usdoj.gov |
| **Newly Assigned AUSA** | Julian J. Xu | Julian.Xu@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that newly assigned AUSA is associated with this case as attorney of record for the United States and that they receive all e-mails relating to filings in this case.

Dated: January 12, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Acting Assistant United States Attorney
Chief, Criminal Division

*/s/ Julian J. Xu*

JULIAN J. XU
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA